IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN LEE JOHNSTON,

    Petitioner,                  No. CIV S-07-2052 GEB EFB P

    vs.

A. HEDGEPETH, Warden, et al.,

    Respondents.           ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondents have requested an extension of time to respond to the petition. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that respondents' December 14, 2007, request is granted and respondents have 30 days from the date this order is served to file and serve a response to the petition.

Dated: January 7, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE